IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEBRA MILLER                                                                                          PLAINTIFF

v.                                  CASE NO. 3:18-CV-00216 BSM

AETNA LIFE INSURANCE COMPANY                                                  DEFENDANT

## JUDGMENT

Consistent with the parties' stipulation of dismissal with prejudice, this case is dismissed with prejudice. Each party shall bear its attorney's fees and costs.

IT IS SO ORDERED this 2nd day of May 2019.

_____
UNITED STATES DISTRICT JUDGE